### Al. Herbig v. Robert Metzger, for use, etc.

#### Gen. No. 4,479.

1. ERRORS—*when not subject to review.* Where a case was tried by the court without a jury and no propositions of law were presented, no motion for a new trial made, and the bill of exceptions contains no exception to the finding or judgment of the court, there is no question of law or fact presented for review.

Garnishment proceeding. Appeal from the Circuit Court of Stephenson County; the Hon. JAMES S. BAUME, Judge, presiding. Heard in this court at the October term, 1904. Affirmed. Opinion filed March 8, 1905.

DOUGLAS PATTISON, for appellant.

J. H. STEARNS and OSCAR R. ZIPF, for appellee.

MR. PRESIDING JUSTICE FARMER delivered the opinion of the court.

This is an appeal from a judgment against appellant for $200 as garnishee, in a suit by Robert Metzger, for use of the Davenport Furniture & Carpet Company. The cause was tried without a jury and no propositions of law

were presented. There was no motion for a new trial and the bill of exceptions contains no exception to the finding or judgment of the court. There is, therefore, no question of either law or fact presented for review by this court. Hawley v. Huth, 114 Ill. App. 29, and cases there cited are conclusive of this question.

The judgment is affirmed.

*Affirmed.*